IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                         No.  1:15-CR-00621-MV

**Request for Evidentiary Hearing**

HOUSTON WALL,

       Defendant.

## DEFENDANT'S REQUEST FOR EVIDENTIARY HEARING

COMES NOW Defendant, by and through counsel Peter Schoenburg and Alicia Lopez, and hereby gives notice of his request for an Evidentiary Hearing in connection with the sentencing of Mr. Wall scheduled for September 19, 2017 at 9:30am.

In support, counsel further states;

1. The court ordered a written request for Evidentiary Hearing in its Notice of Sentencing Hearing (Doc. 80).

2. As set out in Defendant's Objections (Doc. 78) and Sentencing Memorandum (Doc. 83), Defendant will provide expert accounting testimony in support of his various objections through Anne M. Layne CFE, CPA/CFF at McHard Accounting Consulting LLC, Albuquerque, NM.  Ms. Layne's testimony will explain and authenticate the spreadsheets attached as exhibits to Defendants Objections and filed as Docs. 78-1, 78-2, 78-3, 78-4, 78-5, and 78-6.  Her direct testimony is expected to take one hour.

3. The hearing itself is expected to take a total of three hours.

                                    Respectfully submitted,

1

ROTHSTEIN DONATELLI LLP


/s/ Peter Schoenburg
PETER SCHOENBURG
500 Fourth Street N.W., Suite 400
Albuquerque, NM  87102
(505) 243-1443
pschoenburg@rothsteinlaw.com

*Attorney for Houston Wall*